UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABRAM J. HARRIS
       Plaintiff

VS.                        **Case No. 1:22-cv-02383(TNM)**

DEPARTMENT OF TRANSPORTATION
(FMCSA)-(DOT)
       Defendant

## **MOTION**

## **REASON FOR SETTLEMENT**

**Plaintiff,** humbly requests this court to move to full settlement on this case CV-02383 under 15 USC 78U-4 (E)

11/2/22                  ABRAM J. HARRIS, Pro se

                          1152 White Sands Dr.
                          Lusby Md. 20657

RECEIVED

NOV  2 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Plaintiff argues that Superior Court never mentions or suggests that inside of its dismissal or denies judgement that there was a jurisdiction issue, and continues accepting motions and rules on its decision based upon fraud and certificate of service. Fraud was proven by plaintiff Abram J. Harris when defendant (FMCSA) defendant Jeanette Boulware was employed as a fulltime issue while being employed at (FMCSA) see 18 U. S. C. §208 and unethical conduct Racketeering, 18 U.S.C. §1961(1) Superior Court also based its decision on Certificate of Service was not served to (AG) Fed. R. Civ. P. 4(i)(1)(B)

## REASON FOR SETTLETMENT

1. Plaintiff provided that proof of fraud took place by the defendant
2. (FMCSA) Jeanette Boulware in exhibit (A) through (G)
3. Racketeering took place by defendant (FMCSA) Jeanette

Boulware see exhibit (H) through (K).

4. Defendant (FMCSA) was solely responsible of the fraud that took place, conspired with insurance company dealing.

5. TAB BANK INSURACE false communication that would not provide a MCS-90 form which the defendant (FMCSA) was supposed to investigate. [Plaintiff explains], "MCS-90 form is like a FR-19 only provided by the insurance company, which is the law that every insurance company must produce when requested either by DMV or Federal agency. See exhibit (L)(M)

6. Certificate of Service was properly served to (AG) days before June 21, 2022.  Here is the voice message left by the (AG) Office. See Exhibit (m-1)(M-2)
https://drive.google.com/file/d/17aD44xzq6qDIxJFnkHidwQe6ZrUXtvQF/view?usp=sharing.

7. Defendant (AUSA) Stephanie Johnson for the (FMCSA) went to remove the case based on jurisdiction. However, never states a claim of being served. Instead defendant provided misleading content, holding back, and making a falsified information by saying quote, "Harris vs Department of Transportation files an Other lawsuit" see exhibit (O) knowing that statement could very well would have a negative effect on this Honorable Court or Jury decision violating the Plaintiff's Civil Rights. This honorable court could find No reason to grant Full Default Judgement to Plaintiff and settle with plaintiff the whole **$105,000,000 dollars**, with addition of being harassed. It is against the law for the **United States Constitution** to pick and choose who to

give justice to when justice is due. The **Constitution** is the final arbiter of the law and, thereby, also functions as guardian of the interpreter of the **Constitution.**

## CONCLUSION

Civil cases are extremely hard to present and prevail. The truth is the truth, and the facts are the facts. What world do we live in to even argue? In the 51st paper of "The Federalist," James Madison proclaims - Justice is the end of government. It is the end of civil society.

## PRAYER

Plaintiff prays that this court grant motion, and move to award settlement with plaintiff Abram J. Harris. Plaintiff also prays, that this court understands that all of plaintiff's motions has always been to respect and honor the court and to excuse some of the format and errors as a Pro se. Thank you and God Bless America and I pray that God will keep our Democracy Strong.

Amen

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2022, I caused a copy of the foregoing to be served by email and United States mail, postage prepaid, upon:

John C Truong
Assistant U.S. Attorney
Civil Division, U.S. Attorney's Office for the District of Columbia 601 D Street, NW, 7th Floor
Washington, DC 20530


Copy e-served and mailed



Robert Craig Lawrence, Esquire

 U.S. Attorney's Office

 555 4ᵗʰ Street, NW  Washington, DC 20530

(AUSA) Sean M. Tepe
United States Attorney
Office for the District
of Columbia
601 D Street NW
Washington, D.C. 20530

/s/ Abram J. Harris, Pro Se

1152 White Sands Dr.

Lusby Md. 20657

transportationbull@gmail.com

Abram J. Harris 11-2-22